IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN C. WALKER                                                                    PLAINTIFF

v.                                    Case No. 4:14-cv-4055

TA OPERATING LLC d/b/a
PETRO STOPPING CENTERS                                                     DEFENDANT

## JUDGMENT

Before the Court is Defendant TA Operating LLC's Motion for Summary Judgment. (ECF No. 40). Plaintiff John C. Walker has filed a response. (ECF No. 47). Defendant has filed a reply. (ECF No. 54). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant TA Operating LLC's Motion for Summary Judgment (ECF No. 40) should be and hereby is **GRANTED**.

IT IS SO ORDERED, this 13th day of April, 2016.

   /s/ Susan O. Hickey     
Susan O. Hickey
United States District Judge